UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B 02 034 |
| THOMAS K. GARNER; WESTEL, INC.; and WESTEL INTERNATIONAL, INC., | § § § | |
| Defendants. | § | |

### CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

Pursuant to this Court's Order Setting Conference, dated February 25, 2002, Plaintiff Marca-Tel, S. A. de C. V. ("Marca-Tel") states that the entities listed below are financially interested in the outcome of this litigation. None of these entities have publicly traded securities.

A.  Parties

 1. Plaintiff Marca-Tel, S. A. de C. V.
 2. Defendant Westel, Inc.
 3. Defendant Westel International, Inc.

B.  Non-Parties
 1. Progress International, L.L.C.
 2. Grupo Marca-Tel, S.A. de C.V.
 3. Fomento Radio-Beep S.A. de C.V.
 4. Marca-Beep LLC S. de R.L. de C.V.

1

Respectfully submitted,

BROBECK, PHLEGER & HARRISON LLP

By: /s/ Edward F. Fernandes
Edward F. Fernandes
Attorney in Charge
State Bar No.06932700
Southern District Bar No. 2638
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4090
Fax (512) 330-4001

ATTORNEY-IN-CHARGE FOR
PLAINTIFF MARCA-TEL, S.A. de C.V.

OF COUNSEL:

BROBECK, PHLEGER & HARRISON LLP
Michael Singley
State Bar No.00794642
Southern District Bar No. 28138
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4170
Fax (512) 330-4001

and

SOLAR & ASSOCIATES LLP
James DeAnda
State Bar No. 05624000
Southern District Bar No. 15484
Williams Tower
2800 Post Oak Blvd.
Suite 6300
Houston, Texas 77056
(713) 850-1212
Fax (713) 850-1199

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Entities has been served via certified mail, return receipt requested, on March 8, 2002, on all parties of record as indicated below:

Thomas K. Garner
9606 North Mopac, Suite 700
Austin, Texas 78759

Individually and as agent for Westel, Inc. and Westel International, Inc.

*Edward F. Fernandes*
Edward F. Fernandes