AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | Texas |

MARCA-TEL, S.A. DE C.V.

V.

THOMAS K. GARNER, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02- .034

United States District Court
Southern District of Texas
FILED

MAR 0 8 2002

Michael N. Milby
Clerk of Court

TO: (Name and address of Defendant)

Westel, Inc.
c/o Thomas K. Garner, Registered Agent
1122 Colorado St., Suite 107
Austin, Texas 78701

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward F. Fernandes
Brobeck, Phleger & Harrison LLP
4801 Plaza on the Lake
Austin, Texas 78746

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                February 25, 2002
CLERK                                           DATE

(By) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

| | | |
|---|---|---|
| COUNTY: SOUTHERN DIST | CASE # B02034 | COURT |
| | | Clt. Ref.#            Clt.#   5440 |
| MARCA-TEL, S.A. DE C.V. | | |

VS

THOMAS K. GARNER, ET AL

The documents came to our hand for service on 02/27/02   Time: 09:00:00

Documents received for service:

**SUMMONS AND ORIGINAL COMPLAINT OF PLAINTIFF MARCA-TEL, S.A. DE C.V.**

The documents were delivered on **03/01/02**  Time: **16:18:00**

Executed at: 9606 North Mopac # 700
              Austin, TX 78759

to the following: **Westel, Inc.**
                  By Delivering To Thomas K. Garner Registered Agent

____✓____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person
          who is sixteen (16) years of age or older, at the above listed address which is the
          usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee:_____              Rick L Keeney
                                    Professional Civil Process Austin
Witness Fee Tendered:_____           P.O. Box 342467
                                       Austin, Texas 78734-0042
STATE OF TEXAS}                        (512) 477-3500

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this ____ day of _____ 2002.

NOTARY PUBLIC SIGNATURE

PCP Inv.# A0302   70



B. BLACKWELL
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
JANUARY 23, 2005