AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas

MARCA-TEL, S.A. DE C.V.

V.

THOMAS K. GARNER, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-02-034

TO: (Name and address of Defendant)

Westel International, Inc.
c/o Thomas K. Garner, Registered Agent
111 Congress Ave., Suite 600
(or alternatively, 1122 Colorado St., Suite 107)
Austin, Texas 78701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edward F. Fernandes
Brobeck, Phleger & Harrison LLP
4801 Plaza on the Lake
Austin, Texas 78746

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                    February 25, 2002
CLERK                               DATE

(By) DEPUTY CLERK

## OFFICERS RETURN OF SERVICE

| | | | |
|---|---|---|---|
| COUNTY: SOUTHERN DIST | CASE # B02034 | COURT | |
| | | Clt. Ref.# | Clt.# 5440 |

MARCA-TEL, S.A. DE C.V.

VS

THOMAS K. GARNER, ET AL

The documents came to our hand for service on 02/27/02   Time: 09:00:00

Documents received for service:

**SUMMONS AND ORIGINAL COMPLAINT OF PLAINTIFF MARCA-TEL, S.A. DE C.V.**

The documents were delivered on **03/01/02**   Time: **16:18:00**

Executed at: 9606 North Mopac # 700
             Austin, TX 78759

to the following: **Westel International, Inc.**
                  **By Delivering To Thomas K. Garner Registered Agent**

✓ _____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ in person who is sixteen (16) years of age or older, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, am over the age of eighteen, not a party to nor interested in the outcome of the above suit, I have never been convicted of a felony or misdemeanor involving moral turpitude in any state of federal jurisdicion and I have studied and am familiar with the Texas RULES OF CIVIL PROCEDURE, VERNON'S TEXAS CIVIL STATUTES, CIVIL PRATICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices.

Service Fee: _____

Witness Fee Tendered: _____

STATE OF TEXAS}

Rick L Keeney
Professional Civil Process Austin
P.O. Box 342467
Austin, Texas 78734-0042
(512) 477-3500

### VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office this _4_ day of _March_ 2002.

NOTARY PUBLIC SIGNATURE

JACKLYNN GAYE MALARKEY
MY COMMISSION EXPIRES
January 23, 2006

PCP Inv.# A0302  71