*12*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MARCA-TEL S A DE C V § 
§
*versus* § CIVIL ACTION NO: B: 02-34
§
§
THOMAS K. GARNER, et al §

United States District Court
Southern District of Texas
ENTERED

**MAY 2 2 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Re-Setting Conference

The initial pre-trial conference set for *June 24, 2002* has been re-set for:

### July 8, 2002 at 2:00 p.m.*

Signed on ___May 21___, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

*[New Chamber Rule 4A] The attorney in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.*