UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-034 |
| THOMAS K. GARNER; WESTEL, INC.; and WESTEL INTERNATIONAL, INC., | § § § § | |
| Defendants. | § | |

### ORDER RESETTING THE INITIAL PRETRIAL CONFERENCE

1. On this day, the Court considered the Parties' Agreed Motion to Reset the Initial Pretrial Conference. The Court has carefully considered the Motion and is of the opinion that the Motion should be GRANTED.

2. Paragraph 1 of the Court's January 25, 2002 Scheduling Order is modified as follows:

   "Counsel shall appear for an initial pretrial conference: August 26, 2002 at 3:30 p.m.

3. Further, the parties shall file a joint case management plan no later than August 12, 2002. All other deadlines in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: 6/24, 2002

HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE