15

# GALTON, CUNNINGHAM & BOURGEOIS, P.L.L.C.
LAKESIDE MEDIATION CENTER
*A DISPUTE RESOLUTION FIRM*
3825 LAKE AUSTIN BLVD.
SUITE 403
AUSTIN, TEXAS 78703
(512) 477-9300
FAX: (512) 477-9302
E-MAIL ADDRESS: gcb@gcbmediators.com

United States District Court
Southern District of Texas
FILED

JUL 25 2002 4:34p.

Michael N. Milby, Clerk of Court

July 25, 2002

Stella Cavasoz
US District Court of Texas,
Brownsville Division
600 E Harrison St, 1st Floor
Brownsville, TX 78520

**RE:** Garner et. al. v. Gordian et. al., Civil Action B 02 034

To Whom It May Concern:

On July 9, 2002 the above-referenced case was mediated by the undersigned.

The mediation on that date did not result in settlement.

Sincerely,

Ben J. Cunningham
Attorney-Mediator