United States District Court
Southern District of Texas
FILED

AUG 1 9 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-02-034 |
| v. | § | |
| | § | |
| THOMAS K. GARNER, WESTEL, INC. | § | |
| and WESTEL INTERNATIONAL, INC. | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION OF EDWARD F. FERNANDES
## TO ADMIT SARAH J. BARNEY PRO HAC VICE

TO THE HONORABLE COURT:

Edward F. Fernandes, counsel for Plaintiff Marca-Tel, S.A. de C.V. ("Marca-Tel") respectfully requests that the Court admit Sarah J. Barney, a nonresident attorney whose office is located in California, to practice before this Court in connection with this case only. In support of this motion, Marca-Tel's counsel, Edward F. Fernandes, states as follows:

1.  I am a partner with Brobeck, Phleger & Harrison LLP. I am a practicing attorney and a member in good standing of the State Bar of Texas and of the United States District Court for the Southern District of Texas.

2.  I represent Marca-Tel in connection with this action, and will personally participate in the hearings and trial in this action. Throughout the course of this action, I will be associated with Sarah J. Barney.

3.  Sarah J. Barney is familiar with the Local Rules of the United States District Court for the Southern District of Texas, with the Local Rules of this Court, and the

standards of professional conduct applicable before this Court, and will at all times abide by and comply with them.

4. I find Sarah J. Barney to be a reputable attorney and recommend her admission to practice before this Court to represent Marca-Tel for the purposes of this case only.

For these reasons, Edward F. Fernandes, counsel for Marca-Tel, respectfully requests that this motion be granted and that Ms. Barney be admitted to practice before this Court for the purposes of this case only.

Dated: August 15, 2002

Respectfully submitted,

BROBECK, PHLEGER & HARRISON LLP

By: /s/ Edward F. Fernandes
Edward F. Fernandes
Attorney-in-Charge
Southern District ID #2638
State Bar No. 06932700
4801 Plaza On The Lake
Austin, Texas 78746
(512) 330-4000
(512) 330-4001 (Fax)

ATTORNEYS FOR PLAINTIFF
MARCA-TEL, S.A. DE C.V.

OF COUNSEL:

BROBECK, PHLEGER & HARRISON LLP
Alexandra P. Saenz
State Bar No. 06932700
Southern District Bar No. 26812
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4000
Fax (512) 330-4001

    and

SOLAR & ASSOCIATES LLP
James DeAnda
State Bar No. 05624000
Southern District Bar No. 15484
Williams Tower
2800 Post Oak Blvd., Suite 6300
Houston, Texas 77056
(713) 850-1212
Fax (713) 850-1199

## CERTIFICATE OF CONFERENCE

On August 14, 2002, counsel for Plaintiff conferred with counsel for Defendants.

Counsel for Defendants stated that their clients do not oppose the relief sought by this motion.

_Alexandra P. Saenz_
Alexandra P. Saenz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Unopposed Motion of Edward F. Fernandes to Admit Sarah J. Barney Pro Hac Vice was forwarded by certified mail, return receipt requested, hand delivery, Federal Express, fax, and/or United States Mail, First Class, on August 15, 2002, to the following:

*Via CM/RRRR*
Patton G. Lochridge
Carlos R. Soltero
McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin TX 78701
Fax (512) 495-6093

*Via CM/RRR*
Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Fax (956) 541-2170

Alexandra P. Saenz

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-02-034 |
| v. | § | |
| | § | |
| THOMAS K. GARNER, WESTEL, INC. | § | |
| and WESTEL INTERNATIONAL, INC. | § | |
| | § | |
| Defendants. | § | |

## APPLICATION FOR SARAH J. BARNEY TO APPEAR PRO HAC VICE

1. I, Sarah Jane Barney, present this application to the Court for admission *pro hac vice* to the United States District Court for the Southern District of Texas.

2. My name is Sarah Jane Barney. I am an attorney with the law firm of Brobeck, Phleger & Harrison LLP and am co-counsel for Marca-Tel, S.A. de C.V. ("Marca-Tel"). I am associated with Edward F. Fernandes of Brobeck, Phleger & Harrison LLP, who will personally participate in the trial of this case. Edward F. Fernandes is a practicing attorney, a member in good standing of the State Bar of Texas, and is admitted to practice in the United States District Court for the Southern District of Texas. His State Bar card number is 06932700, and his Southern District Bar number is 2638. His office address, telephone number, and fax number are: 4801 Plaza on the Lake, Austin, Texas 78746, (512) 330-4000, (512) 330-4001.

3. There are no cases or causes in Texas courts in which I have appeared or sought leave to appear or participate in within the past two years.

4. I am an active member in good standing with the State Bar of California, the federal court for the Central District of California, the Northern District of California, and the U.S. Court of Appeals for the Ninth Circuit.

5. I have never been the subject of disciplinary action by the bar or courts of any jurisdiction in which I have been licensed.

6. I have never been denied admission to the courts of any state or to any federal court.

7. I am familiar with the Local Rules of the United States District Court for the Southern District of Texas, and with the Local Rules of this Court, and I will at all times abide by and comply with those rules as long as this cause of action is pending.

8. My office address, telephone number, and fax number are included below my signature.

For these reasons, I respectfully ask this court to grant my application to appear *pro hac vice* and allow me to appear before this court until the conclusion of this case.

Dated: August 14, 2002

Respectfully submitted,

BROBECK, PHLEGER & HARRISON LLP

By: /s/ Sarah Jane Barney
Sarah Jane Barney
550 South Hope Street, Suite 2100
Los Angeles, California 90071
(213) 489-4060
(213) 745-3345 (Fax)

Edward F. Fernandes
Attorney-in-Charge
Southern District ID #2638
State Bar No. 06932700
4801 Plaza On The Lake
Austin, Texas 78746
(512) 330-4000
(512) 330-4001 (Fax)

ATTORNEYS FOR PLAINTIFF
MARCA-TEL, S.A. DE C.V.,

OF COUNSEL:

BROBECK, PHLEGER & HARRISON LLP
Alexandra P. Saenz
State Bar No. 06932700
Southern District Bar No. 26812
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4000
Fax (512) 330-4001

 and

SOLAR & ASSOCIATES LLP
James DeAnda
State Bar No. 05624000
Southern District Bar No. 15484
Williams Tower
2800 Post Oak Blvd., Suite 6300
Houston, Texas 77056
(713) 850-1212
Fax (713) 850-1199

## CERTIFICATE OF CONFERENCE

 On August 14, 2002, counsel for Plaintiff conferred with counsel for Defendants.

Counsel for Defendants stated that their clients do not oppose the relief sought by this motion.

_____
Alexandra P. Saenz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Application for Sarah J. Barney to Appear Pro Hac Vice was forwarded by certified mail, return receipt requested, hand delivery, Federal Express, fax, and/or United States Mail, First Class, on August 15, 2002, to the following:

*Via CM/RRRR*
Patton G. Lochridge
Carlos R. Soltero
McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin TX  78701
Fax (512) 495-6093

*Via CM/RRR*
Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Fax (956) 541-2170

_____
Alexandra P. Saenz