# Civil Courtroom Minutes



| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Stella Cavazos |
| **LAW CLERK** | ■ Nicolas    ☐ Lehrman |

United States District Court
Southern District of Texas
FILED

AUG 26 2002

Michael N. Milby, Clerk of Court

| | | | |
|---|---|---|---|
| **DATE** | 08 | 26 | 02 |

| **TIME** | | a.m. | | a.m. |
|---|---|---|---|---|
| | 3:40 | p.m. | 4:30 | p.m. |

| **CIVIL ACTION** | B | 02 | 034 |
|---|---|---|---|

| **STYLE** | Marca-Tel S.A. De C.V. |
|---|---|
| | *versus* |
| | Thomas Garner et al. |

**DOCKET ENTRY**

(HGT)  ■ Initial Pre-Trial Hearing;        (Court Reporter: Breck Record)

Attorney(s) for Plaintiff(s):    Edward Fernandez

Judge James Deanda

Attorney(s) for Defendant(s):    Pat Lochridge

Mitchell Chaney

■        Rulings orally rendered on:  Unopposed Motion to Admit Sarah J. Barney Pro Hac Vice [Dkt. No. 17] was **GRANTED**.

■        Comments:

1. The parties argued Defendants' motion to dismiss (Dkt. No. 7).

2. The parties argued Defendants' motion to transfer venue (Dkt. No. 8).

3. The Court took Defendants' motion to dismiss and motion to transfer under advisement.