LAW OFFICES

# McGinnis, Lochridge & Kilgore, L.L.P.

1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701

HOUSTON, TEXAS OFFICE
3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010
(713) 615-8500
FAX (713) 615-8585

(512) 495-6000
FAX (512) 495-6093

WRITER'S DIRECT DIAL NUMBER:

(512)495-6033
csoltero@mcginnislaw.com
Fax: (512) 505-6333

United States District Court
Southern District of Texas
RECEIVED
SEP 13 2002
12:30 pm w/4
Michael N. Milby, Clerk

September 11, 2002

Mr. Juan Barbosa
Deputy Clerk
U.S. District Clerk
Southern District of Texas
1158 Federal Building
600 E. Harrison Street
Brownsville, TX 78520

Via U.S. Mail

Re: Civil Action No. B-02-034; *Marca-Tel, S.A. de C.V. vs. Thomas K. Garner, Westel, Inc. and Westel International, Inc.;* in the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Barbosa:

Enclosed please find four (4) copies of the following:

1. Agreement Extending Deadline for Initial Disclosures; and

2. Discovery and Other Agreements. in the above matter.

Please file the three copies of each, file stamp the remaining copy of each and return them in the enclosed stamped, self-addressed envelope. Copies of each document are being forwarded to the parties of record listed below via U.S. Mail, postage prepaid.

If you have any questions regarding the above, do not hesitate to contact me at 1/800-964-5191. Thank you for your assistance in this matter.

Very truly yours,

Carlos R. Soltero

CRS:de
cc: Edward F. Fernandes/Sarah Barney
James DeAnda
(With Enclosures via U.S. Mail, postage prepaid)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-034 |
| vs. | § | |
| | § | |
| THOMAS K. GARNER, WESTEL, | § | |
| INC.; and WESTEL INTERNATIONAL | § | |
| INC., | § | |
| | § | |
| Defendants. | | |

### AGREEMENT EXTENDING DEADLINE FOR INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 29, this confirms our agreement to extend the deadline to provide initial disclosures until September 13, 2002.

Agreed to and accepted by:

By: /s/ Carlos R. Soltero
Carlos R. Soltero
McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701
(512) 495-6000 (Telephone)
(512) 495-6093 (Facsimile)

Counsel to Tommy K. Garner, Westel, Inc.
and Westel International, Inc.

By: /s/ Alexandra P. Saenz for Sarah Barney
Alexandra P. Saenz/Sarah J. Barney
Brobeck, Phleger & Harrison LLP
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4000 (Telephone)
(512) 330-4001 (Facsimile)

Counsel to Marca-Tel, S.A. de C.V.,
Marca-Beep, L.L.C., S. de R.L. de C.V.,
and Don Gustavo M. de la Garza Ortega

MINTON BURTON          512 476 1315          08/14 '02 16:47 NO.587 02/04
AUG 09 2002  4:49 PM FR BROBECK-AUSTIN
08/09/02  10:10 FAX 512 ...           5123304001 TO 4024#033919#0002 P.02/04

CAUSE NO. GN-201150

| | | |
|---|---|---|
| TOMMY K. GARNER, and WESTEL INTERNATIONAL, INC. *Plaintiffs,* | § § § § | IN THE DISTRICT COURT |
| V. | § § | TRAVIS COUNTY, TEXAS |
| JOSEPH GORDIAN, JOHN W. WOOD, IXC INTERNATIONAL, L.L.C., PROGRESS INTERNATIONAL, L.L.C., MARCA-BEEP, L.L.C., S. de R.L. de C.V., and GUSTAVO M. de la GARZA ORTEGA, *Defendants.* | § § § § § § § § | 261st JUDICIAL DISTRICT |

and

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., *Plaintiff,* | § § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-034 |
| THOMAS K. GARNER, WESTEL, INC.; and WESTEL INTERNATIONAL INC., *Defendants.* | § § § § § | |

## DISCOVERY AND OTHER AGREEMENTS

Pursuant to Tex. R. Civ. P. 11, and Fed. R. Civ. P. 29, our respective clients have agreed as follows:

1. **Nonsuit of Progress**: Plaintiffs Tommy K. Garner and Westel International, Inc. agree to nonsuit Progress International, L.L.C. from the above-referenced Travis County state court action without prejudice, with the agreement that all other parties shall produce to Plaintiffs all of Progress' documents in their possession by August 30, 2002 and that all parties agree that Progress shall not assert any limitations or laches defenses to any claims that Plaintiffs may in the future assert against Progress in either of these, or some other lawsuit, apart from any defenses that may have existed, if any, prior to the filing of the Travis County state court action.

2. **Document request to Westel, Inc.**: On July 7, 2002, Defendants Marca-Beep and Mr. de la Garza served Westel, Inc. with a Notice of Intention to Take its Deposition by Written Questions and a Subpoena Duces Tecum. Subject to the objections made to Marca-

Beep's previous document requests. Westel, Inc. represents that it has no documents responsive to this discovery request in its possession, custody or control that have not been previously made available for inspection and/or produced by Westel International, Inc. or by Tommy K. Garner in connection with their Responses to Marca-Beep's Request for Production.

3. **Depositions**: Each party will take sequential turns at taking the depositions of witnesses, with Plaintiffs scheduling the first deposition, Defendants scheduling the second deposition, and so forth. The parties further agree that depositions, except as to individual parties, shall be limited to 6 hours.

4. **Discovery requests**: The Second Request for Production sent to Plaintiffs, and Plaintiffs' Request for Disclosure to Wood, Gordian, and IXC shall be deemed as having been served on August 15, 2002, at the end of the tolling period.

5. **Privilege logs**: All parties will produce any requested privilege log(s) in accordance with Tex. R. Civ. P. 193.3 by August 30, 2002.

6. **Filing with the Courts**: This agreement will be filed in both Federal Civil Action No. B-02-034 and the Travis County state court action Cause No. GN201150.

Agreed to and accepted by:

By: _____
Carlos Salinero
McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701
(512) 495-6000 (Telephone)
(512) 495-6093 (Facsimile)

Counsel to Tommy K. Garner, Westel, Inc. and Westel International, Inc.

By: _____
Alexandra P. Saenz
Brobeck, Phleger & Harrison LLP
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4000 (Telephone)
(512) 330-4001 (Facsimile)

Counsel to Marca-Tel, S.A. de C.V., Marca-Beep, L.L.C., S. de R.L. de C.V., and Don Gustavo M. de la Garza Ortega

2

MINTON BURTON          512 476 1315                08/14 '02 16:48 NO.587  04/04
                                                                    PAGE   4
AUG 09 2002  4:50 PM FR BROBECK-AUSTIN    5123304001 TO 4024#033919#0002 P.04/04

By: *[signature]*
Martha Dickie
Minton, Burton, Foster & Collins
1100 Guadalupe Street
Austin, Texas 78701
(512) 476-4873 (Telephone)
(512) 479-8315 (Facsimile)

Counsel to IXC International, L.L.C., Joseph
Gordian and John W. Wood

** TOTAL PAGE.04 **