UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-02-034 |
| vs. | § § | |
| THOMAS K. GARNER, WESTEL, INC.; and WESTEL INTERNATIONAL INC., | § § § § § | |
| Defendants. | § | |

### DEFENDANTS TOMMY K. GARNER, WESTEL, INC., AND WESTEL INTERNATIONAL, INC.'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR THEIR FIRST AMENDED ANSWER TO THE FIRST AMENDED COMPLAINT OF PLAINTIFF MARCA-TEL, S.A. DE C.V.

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Tommy K. Garner, Westel Inc., and Westel International, Inc. (collectively, the "Defendants") hereby respectfully request that the Court grant an extension of time until November 5, 2002, for the Defendants to file and serve their First Amended Answer to Plaintiff's First Amended Complaint. The Plaintiffs do not oppose this Motion and the requested extension.

Respectfully submitted,

MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
Patton G. Lochridge
State Bar No. 12458500
Southern District Bar No. 7619
Carlos R. Soltero
State Bar No. 00791702
Southern District Bar No. 18690
919 Congress Avenue, Suite 1300
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 FAX

By: *Carlos R. Soltero* (signature)
Carlos R. Soltero\*

RODRIGUEZ, COLVIN, & CHANEY, L.L.P.
Mitchell C. Chaney
State Bar No. 04107500
Southern District Bar No. 1918
1201 East Van Buren
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 FAX

ATTORNEYS FOR TOMMY K. GARNER, WESTEL, INC., and WESTEL INTERNATIONAL, INC.

## CERTIFICATE OF CONFERENCE

A conference was held with the Plaintiff's counsel Ed Fernandes and Jennifer Brown of Brobeck, Phleger & Harrison, L.L.P. concerning this Motion, and they do not oppose the Motion or the requested extension.

*Carlos R. Soltero* (signature)
Carlos R. Soltero\*

\**Signed with permission by Mitchell C. Chaney*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion of Tommy K. Garner, Westel, Inc., and Westel International, Inc. has been forwarded on this 30th day of October, 2002, to the following parties of record in the manner indicated below:

Edward F. Fernandes　　　　　　　　　　Via FACSIMILE
Michael Singley
Brobeck, Phleger & Harrison L.L.P.
4801 Plaza on the Lake
Austin, Texas 78746

James DeAnda　　　　　　　　　　　　Via FACSIMILE
Solar & Associates L.L.P.
Williams Tower
2800 Post Oak Blvd.
Suite 6300
Houston, Texas 77056

　　　　　　　　　　　　　　　　　Mitchell C. Chaney

3