UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. B-02-034 |
| vs. | § § | |
| THOMAS K. GARNER, WESTEL, INC.; and WESTEL INTERNATIONAL INC., | § § § § § | |
| Defendants. | § | |

## ORDER

On this day came to be considered Defendants Tommy K. Garner, Westel, Inc. and Westel International, Inc.'s Unopposed Motion to Extend the Deadline for Their First Amended Answer until November 5, 2002 in the above-entitled and numbered cause. The Court, having read the Motion and considered same, is of the opinion that such Motion should be granted.

It is, therefore, ORDERED that Plaintiff's Unopposed Motion be GRANTED.

SIGNED this 31 day of October, 2002.

_____
JUDGE PRESIDING