27

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 4 2002

Michael N. Milby
- Clerk of Court

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-02-034 |
| v. | § | |
| | § | |
| THOMAS K. GARNER, WESTEL, INC. | § | |
| and WESTEL INTERNATIONAL, INC. | § | |
| | § | |
| Defendants. | § | |

**APPLICATION FOR MICHAEL D. ADAMS TO APPEAR PRO HAC VICE**

1.      I, Michael D. Adams, present this application to the Court for admission *pro hac vice* to the United States District Court for the Southern District of Texas.

2.      My name is Michael D. Adams. I am an attorney with the law firm of Brobeck, Phleger & Harrison LLP and am co-counsel for Marca-Tel, S.A. de C.V. ("Marca-Tel"). I am associated with Edward F. Fernandes of Brobeck, Phleger & Harrison LLP, who will personally participate in the trial of this case. Edward F. Fernandes is a practicing attorney, a member in good standing of the State Bar of Texas, and is admitted to practice in the United States District Court for the Southern District of Texas. His State Bar card number is 06932700, and his Southern District Bar number is 2638. His office address, telephone number, and fax number are: 4801 Plaza on the Lake, Austin, Texas 78746, (512) 330-4000, (512) 330-4001.

3.      There are no cases or causes in Texas courts in which I have appeared or sought leave to appear or participate in within the past two years.

4.      I am an active member in good standing with the State Bar of California, and the federal court for the Northern District of California.

5.      I have never been the subject of disciplinary action by the bar or courts of any jurisdiction in which I have been licensed.

APPLICATION OF MICHAEL D. ADAMS TO APPEAR PRO HAC VICE – Page 1
AUSLIB1\MRH\162670.01

6.    I have never been denied admission to the courts of any state or to any federal court.

7.    I am familiar with the Local Rules of the United States District Court for the Southern District of Texas, and with the Local Rules of this Court, and I will at all times abide by and comply with those rules as long as this cause of action is pending.

8.    My office address, telephone number, and fax number are included below my signature.

For these reasons, I respectfully ask this court to grant my application to appear *pro hac vice* and allow me to appear before this court until the conclusion of this case.

Dated:  October 29, 2002

Respectfully submitted,

BROBECK, PHLEGER & HARRISON LLP

By:_____

Michael D. Adams
Spear Street Tower
San Francisco, California 94105
(415) 442-0900
(415) 442-1010 (fax)

Edward F. Fernandes
Attorney-in-Charge
Southern District ID #2638
State Bar No. 06932700
Jennifer E. Brown
Southern District ID # 32628
State Bar No. 24026971
4801 Plaza On The Lake
Austin, Texas 78746
(512) 330-4000
(512) 330-4001 (Fax)

ATTORNEYS FOR PLAINTIFF
MARCA-TEL, S.A. DE C.V.,

OF COUNSEL:

SOLAR & ASSOCIATES LLP
James DeAnda
State Bar No. 05624000
Southern District Bar No. 15484
Williams Tower
2800 Post Oak Blvd., Suite 6300
Houston, Texas 77056
(713) 850-1212
Fax (713) 850-1199

## CERTIFICATE OF CONFERENCE

On October 29, 2002, counsel for Plaintiff conferred with counsel for Defendants.

Counsel for Defendants stated that he does not oppose the relief sought by this motion.

_____
Jennifer E. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Application for Michael D. Adams to Appear Pro Hac Vice was forwarded by certified mail, return receipt requested, hand delivery, Federal Express, fax, and/or United States Mail, First Class, on October 30, 2002, to the following:

*Via CM/RRRR*
Patton G. Lochridge
Carlos R. Soltero
McGinnis, Lochridge & Kilgore, L.L.P.
1300 Capitol Center
919 Congress Avenue
Austin TX 78701
Fax (512) 495-6093

*Via CM/RRR*
Mitchell C. Chaney
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Fax (956) 541-2170

_____
Jennifer E. Brown

APPLICATION OF MICHAEL D. ADAMS TO APPEAR PRO HAC VICE – Page 4
AUSLIB1\MRB\162670.01