IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-02-034 |
| v. | § | |
| | § | |
| THOMAS K. GARNER, WESTEL, INC. | § | |
| and WESTEL INTERNATIONAL, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day came on to be heard Plaintiff's Motion for Admission Pro Hac Vice of Michael D. Adams. The Court is of the opinion that it should be GRANTED. It is, therefore,

HEREBY ORDERED that Michael D. Adams be admitted Pro Hac Vice to practice in the Southern District of Texas.

SIGNED this ____ day of _____, 2002.

_____
U. S. District Judge

APPLICATION OF MICHAEL D. ADAMS TO APPEAR PRO HAC VICE – Page 5
AUSLIB1\MRH\162670.01