LAW OFFICES

# McGINNIS, LOCHRIDGE & KILGORE, L.L.P.

1300 CAPITOL CENTER
919 CONGRESS AVENUE
AUSTIN, TEXAS 78701

HOUSTON, TEXAS OFFICE
3200 ONE HOUSTON CENTER
1221 McKINNEY STREET
HOUSTON, TEXAS 77010
(713) 615-8500
FAX (713) 615-8585

AUSTIN, TEXAS OFFICE
(512) 495-6000
FAX (512) 495-6093

WRITER'S DIRECT DIAL NUMBER:

(512) 495-6033
csoltero@mcginnislaw.com
Fax: (512) 505-6333

United States District Court
Southern District of Texas
FILED

NOV 2 5 2002

Michael N. Milby
Clerk of Court

November 20, 2002

Edward F. Fernandes
Brobeck, Phleger & Harrison, L.L.P.
4801 Plaza on the Lake
Austin, Texas 78746

VIA FAX

Re:　Civil Action No. B-02-034; *Marca-Tel, S.A. de C.V. vs. Thomas K. Garner, Westel, Inc. and Westel International, Inc.;* in the United States District Court for the Southern District of Texas, Brownsville Division; and

Cause No. GN201150, *Tommy K. Garner, and Westel International, Inc. v. Joseph Gordian, John W. Wood, IXC International, L.L.C., Progress International, L.L.C., Marca-Beep, L.L.C., S. de R.L. de C.V., and Gustavo M. de la Garza Ortega,* in the 261st Judicial District Court of Travis County, Texas.

Dear Edward:

This memorializes our discussion and confirms our agreements, pursuant to Tex. R. Civ. P. 11 and Fed. R. Civ. P. 29, as follows.

1.　The depositions of Gustavo de la Garza and Tommy Garner currently set for November 21, 2002 and November 25, 2002 respectively will be rescheduled. Mr. de la Garza's deposition with now begin on December 4, 6 or 10, 2002 depending on a subsequent agreement of the parties. Mr. Garner's deposition will begin on either December 11 or 12, 2002, depending on a subsequent agreement of the parties.

2.　You have agreed to extend the deadline for Westel International, Inc., Westel, Inc., and Tommy Garner to provide responses to interrogatories and requests for production sent in Civil Action No. B-02-034 until December 6, 2002.

3　The parties agree that the time for each other to provide any documents or other materials due under the Court's rulings on the discovery issues heard on November 14, 2002 is hereby extended until December 2, 2002.

November 20, 2002
Page 2

If your clients agree to these terms, then sign the space indicated below.

Sincerely,

Carlos R. Soltero, on behalf of
Westel International, Inc., Westel, Inc., and
Tommy Garner

Agreed to and accepted by:

_____
Edward F. Fernandes and/or Michael Adams, and/or
Jennifer Brown, on behalf of
Marca-Tel, S.A. de C.V., Marca-Beep, L.L.C.,
S. de R.L. de C.V., and Gustavo M. de la Garza Ortega


cc:   Pat Lochridge