IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-02-034 |
| THOMAS K. GARNER; WESTEL, INC; and WESTEL INTERNATIONAL, INC., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on January 13, 2003, the Court **ORDERED** the parties to submit a status report concerning mediation efforts no later than Tuesday, January 21, 2003, at 3:00 p.m. After receipt of this status report, the Court will enter a scheduling order.

DONE at Brownsville, Texas, this 13th day of January, 2003.

Hilda G. Tagle
United States District Judge