ORIGINAL

United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-02-034 |
| vs. | § | |
| | § | |
| THOMAS K. GARNER, WESTEL, | § | |
| INC.; and WESTEL INTERNATIONAL | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Marca-Tel, S.A. de C.V. ("Plaintiff") and Tommy K. Garner, Westel, Inc., and Westel International, Inc., (collectively "Defendants") file this Stipulation of Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(ii).

Plaintiff and Defendants jointly file this stipulation acknowledging that this case has settled, and Plaintiff and Defendants have resolved all claims between Plaintiff and Defendants and request that the Court dismiss those claims with prejudice.

Specifically, Plaintiff requests that the Court enter an order dismissing all of Plaintiff's claims against Defendants with prejudice and that Plaintiff take nothing.

Defendants similarly request that the Court enter an order dismissing all of their claims against Plaintiff with prejudice and that they take nothing from Plaintiff.

## Request for Relief

For these reasons, Plaintiff and Defendants request that the Court enter an order dismissing all Plaintiff's claims against Defendants with prejudice, all of Defendants' claims against Plaintiff with prejudice and rendering a take nothing final judgment.

Respectfully Submitted,

McGINNIS, LOCHRIDGE & KILGORE, L.L.P.
Patton G. Lochridge
Carlos R. Soltero
1300 Capitol Center
919 Congress Avenue
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 (Fax)

By: _____
    Carlos R. Soltero
    State Bar No. 00791702

RODRIGUEZ, COLVIN, & CHANEY, L.L.P.
Mitchell C. Chaney
State Bar No. 04107500
Southern District Bar No. 1918
1201 East Van Buren
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170 FAX

ATTORNEYS FOR TOMMY K. GARNER, WESTEL, INC., AND WESTEL INTERNATIONAL, INC.

BROBECK, PHLEGER & HARRISON LLP
Edward F. Fernandes
4801 Plaza on the Lake
Austin, Texas 78746
(512) 330-4000
(512) 330-4001 (Fax)

By: /s/ Edward F. Fernandes
Edward F. Fernandes
State Bar No. 06932700

SOLAR & ASSOCIATES, L.L.P.
James DeAnda
Williams Tower
2800 Post Oak Blvd. Suite 6300
Houston, Texas 77056

ATTORNEYS FOR DEFENDANTS,
Marca-Tel, S.A. de C.V.,
Marca-Beep, L.L.C., S. de R.L. de C.V.,
and Don Gustavo M. de la Garza Ortega

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal With Prejudice has been forwarded on this ___ day of January, 2003 to the following parties of record in the manner indicated below:

Edward F. Fernandes                    Via U.S. Mail
Jennifer Brown
Brobeck, Phleger & Harrison L.L.P.
4801 Plaza on the Lake
Austin, Texas 78746

/s/ Carlos R. Soltero