United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCA-TEL, S.A. DE C.V., | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-034 |
| THOMAS K. GARNER, WESTEL, INC. and WESTEL INTERNATIONAL, INC., | § § § § | |
| Defendants. | § | |

### ORDER

BE IT REMEMBERED that on January 23, 2003, the Court considered the Parties' Joint Stipulation of Dismissal [Dkt. No. 32]. The Court, having been advised by counsel that a settlement has been reached, **DISMISSES** all of Plaintiff's and Defendants' claims with prejudice. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 23rd day of January, 2003.

Hilda G. Tagle
United States District Judge